In the Matter of the Probate of the Will of EMMA B. JOHNSON, Deceased. NORMA D. OWEN et al., Appellants; NORMAN W. ROE et al., Respondents.

Argued November 17, 1943; decided January 13, 1944.

*Nathan L. Miller* and *Frederick M. Schlater* for Norma D. Owen appellant.

*Frederick M. Schlater* for George R. Dare, appellant.

*Archibald R. Watson, Harold R. Medina, Ralph O. Willguss* and *Lamar Hardy* for Norman W. Roe, respondent.

*Samuel B. Stewart, Jr., Bruce Bromley, Robert H. Wilson, Jr., Gerald Fitzgerald* and *Louis A. Perkins* for charitable and other legatees, respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate, and questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.